FILED
2017 May-22  PM 04:57
U.S. DISTRICT COURT
N.D. OF ALABAMA


**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| ARNOLD FULLER, JR.; <br> DEMARCUS HILL; <br> SHANTERIA RUTLEDGE; <br> BRIANA RUTLEDGE, a minor <br> who sues by and through her <br> father, TOMMY RUTLEDGE; <br> TOMMY RUTLEDGE, <br> individually, <br><br>     Plaintiffs, <br><br> v. <br><br> SCARLETT ANNETTE <br> JOHNSON AND ACCC <br> INSURANCE COMPANY, <br> et al., <br><br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    CIVIL ACTION NO.: <br> )    _____ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**COMPLAINT**

**JURISDICTION**

1. Arnold Fuller, Jr. is a resident and citizen of the State of Alabama and resides in Jefferson County, Alabama.

2. Demarcus Hill is a resident and citizen of the State of Alabama and resides Jefferson County, Alabama.

- 1 -

- 2 -

3.      Shanteria Rutledge, is a resident and citizen of the State of Alabama and resides in Jefferson County, Alabama.

4.      Briana Rutledge, a minor, who sues by and through her father, Tommy Rutledge, is a resident and citizen of the State of Alabama and resides in Jefferson County, Alabama.

5.      Tommy Rutledge, is a resident and citizen of the State of Alabama and resides in Jefferson County, Alabama.

6.      Scarlett Annette Johnson, is a resident and citizen of the State of Tennessee and resides in Knox County, Tennessee.

7.      ACCC Insurance Company is an entity which provides insurance coverage with its principal place of business in Houston, Texas.

8.      Jurisdiction and venue are properly established in this Court pursuant to 28 U.S.C. § 1332.

## FACTS

9.      On or about May 24, 2015, Plaintiffs were operating a vehicle on Oak Mountain State Park Road and Bishop Road in Pelham, Alabama; and at said time and place, the Defendant Scarlett Annette Johnson negligently, wantonly, or recklessly operated a vehicle under her care and control and negligently, wantonly, or recklessly caused a collision with or allowed said vehicle to collide with Plaintiffs' vehicle.

10.   Plaintiffs allege as a proximate consequence of said negligence, wantonness, or recklessness Plaintiffs were injured and damaged as follows:

Plaintiff **ARNOLD FULLER, JR.** was bruised, contused, and otherwise injured and damaged.  He was caused to incur medical expense in and about the treatment of said injuries and will be caused to incur additional medical expense in the future.  Plaintiff was internally injured and permanently injured.  He has in the past and will in the future suffer physical and mental anguish.  He has been prevented from going about her usual pursuits and duties.

Plaintiff **DEMARCUS HILL** was bruised, contused, and otherwise injured and damaged.  He was caused to incur medical expense in and about the treatment of said injuries and will be caused to incur additional medical expense in the future.  Plaintiff was internally injured and permanently injured.  He has in the past and will in the future suffer physical and mental anguish.  He has been prevented from going about her usual pursuits and duties.

Plaintiff **SHANTERIA RUTLEDGE** was bruised, contused, and otherwise injured and damaged.  She was caused to incur medical expense in and about the treatment of said injuries and will be caused to incur additional medical expense in the future.  Plaintiff was internally injured and permanently injured.  She has in the past and will in the future suffer physical and mental anguish.  She has been prevented from going about her usual pursuits and duties.

- 3 -

Plaintiff **BRIANA RUTLEDGE, a minor who sues by and through her father, TOMMY RUTLEDGE**, was bruised, contused, and otherwise injured and damaged. She was caused to incur medical expense in and about the treatment of said injuries and will be caused to incur additional medical expense in the future. Plaintiff was internally injured and permanently injured. She has in the past and will in the future suffer physical and mental anguish. She has been prevented from going about her usual pursuits and duties.

11.     As a proximate consequence of defendant's conduct as set forth above, plaintiff **TOMMY RUTLEDGE** was caused to incur medical expenses in and about his efforts to heal and cure his daughter, Briana Rutledge. Plaintiff **TOMMY RUTLEDGE** was also caused to lose the services and society of his daughter, Briana Rutledge.

12.     Plaintiffs further allege that at said time and place, the Defendant hereinabove named was guilty of wanton misconduct in that she wantonly operated a vehicle under her care and control; and as a proximate consequence thereof, wantonly collided with the vehicle which Plaintiffs were operating, directly and proximately causing the injuries and damages hereinabove stated.

13.     Plaintiffs aver that at the time of the incident made the basis of this suit, Defendant **ACCC INSURANCE COMPANY** had in force and effect a policy of insurance to plaintiff, **TOMMY RUTLEDGE**. Said insurance policy

- 4 -

provided uninsured/underinsured motorist coverage to the plaintiffs in the event

they were involved in a collision with an uninsured/underinsured  motorist,

whereby said insurance company would pay all sums which an insured would be

legally entitled to recover from said uninsured/underinsured motorist.  Plaintiffs

aver that they have previously given notice to Defendant **ACCC INSURANCE**

**COMPANY** that the injuries and damages sustained in the incident made the basis

of this suit will require payment under the provisions of this coverage.

14.    Plaintiffs further aver that on said occasion, Defendant **SCARLETT**

**ANNETTE JOHNSON** was uninsured/underinsured as to liability for said

collision, and plaintiffs aver that **ACCC INSURANCE COMPANY** has failed or

refused to make payments as provided in said policy.  **ACCC INSURANCE**

**COMPANY'S** Policy Number is: AL0165494-6.

**WHEREFORE, PREMISES CONSIDERED**, plaintiffs demand judgment

against the defendants, **SCARLETT ANNETTE JOHNSON** and **ACCC INSURANCE**

**COMPANY**, jointly and severally, and that damages be awarded to the plaintiffs in the

sum and excess of the jurisdictional limits of this court to be determined by a jury.

_____

J. CALLEN SPARROW (ASB-4515-r79j)
Attorney for Plaintiff

**OF COUNSEL:**

**HENINGER GARRISON DAVIS, LLC**
P. O. Box 11310 (35202)
2224 1st Avenue North
Birmingham, Alabama  35203
Telephone:   (205) 326-3336
Facsimile:   (205) 326-3332
E-mail:       jcsparrow@hgdlawfirm.com

## JURY DEMAND

Plaintiffs demand trial by struck jury on all issues raised herein.

_____

J. CALLEN SPARROW (ASB-4515-r79j)

**Serve Defendant via Certified Mail**

SCARLETT ANNETTE JOHNSON
2412 Yellow Birch Way # 106
Knoxville, TN  37931

ACCC INSURANCE COMPANY
c/o Greg Hess (Agent for Service of Process)
100 Centerview Road, Suite 150
Birmingham, AL   35216